# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALAMITOS MEDICAL CENTER, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVEL INSURANCE FACILITIES, PLC, a foreign entity based in the United Kingdom; UNION REISEVERSICHERUNG AKTIENGESELLSCHAFT, a foreign entity based in Germany; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 8:23-CV-00316-JWH (DFM)<br>Assigned to: Hon. John W. Holcomb<br>Dept.: 9B<br><br>Unlimited – Damages Exceed $25,000<br><br>**PROTECTIVE ORDER RE: CONFIDENTIAL DOCUMENTS AND INFORMATION**<br><br>Complaint Filed: July 8, 2022 |

Pursuant to the Stipulation of the parties and for good cause appearing, the Court hereby orders entry of the Protective Order Re: Confidential Documents and Information on the terms and conditions provided for therein.

**IT IS SO ORDERED.**

Dated: May 30, 2023

Douglas F. McCormick
UNITED STATES MAGISTRATE JUDGE